**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Terrell William Proctor dba T. W. Proctor and Associates and
                         PRECO v. Quality Signs, Inc.

Appellate case number:   01-15-00861-CV

Trial court case number: 2013-38503

Trial court:             80th District Court of Harris County

The brief of appellee, Quality Signs, Inc., initially was due to be filed in this Court on October 6, 2016. *See* TEX. R. APP. P. 38.6(b). After we granted appellee's second motion for an extension of time, appellee's brief was due on February 3, 2017, with no further extensions. *See id.* 38.6(d). Appellee has filed a third motion for an extension of time, requesting an additional thirty days to file its brief. The motion is **granted**. **Appellee's brief is due to be filed with this Court no later than MONDAY, MARCH 6, 2017. No further extensions will be granted.**

It is so ORDERED.

Judge's signature: /s/ Russell LLoyd
                    ☑ Acting individually    ☐ Acting for the Court

Date: February14, 2017